UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.  5:25-cv-00507-CV-E                                      Date: June 4, 2025

Title:  *Carlos Montras Montague, Jr. v. Cisco, et al.*

---

Present: The Honorable CYNTHIA VALENZUELA, U.S. District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING CASE FOR FAILING TO FILE A COMPLETE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted *in forma pauperis* status. 28 U.S.C. § 1915(b).

   On April 7, 2025, the Court postponed ruling on Plaintiff's *in forma pauperis* request ("Request") because it was incomplete. Dkt. 4. The Court directed him to refile his Request or pay the full filing fee, and it warned that if he did not comply within 30 days the case would be dismissed without prejudice. *Id.*

   To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-00507-CV-E                                         Date: June 4, 2025

Title:      *Carlos Montras Montague, Jr. v. Cisco, et al.*

§ 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).

All other pending matters are **TERMINATED**.

**IT IS SO ORDERED.**